IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| WENDY ASTON-MARTIN, Plaintiff, | : | No. 4:24-cv-00043-TRM |
| vs. | : | |
| WARNERMEDIA DIRECT, LLC, Defendant. | : | |

**DECLARATION OF MICHAEL W. McTIGUE JR.**
**IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Michael W. McTigue Jr., declare and state as follows:

1. I am over the age of 18 and not a party to this action. I am an attorney that has been admitted *pro hac vice* to practice before this court in the above-captioned matter. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel for Defendant WarnerMedia Direct, LLC. I submit this declaration in support of Defendant's Motion to Compel Arbitration. I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct excerpt of the transcript of the preliminary injunction hearing held on June 17, 2021, in the matter *Golub Capital, LLC v. NB Alternatives Advisers, LLC*, No. 21-cv-3991 (S.D.N.Y. 2021).

3. Attached as Exhibit 2 is a true and correct copy of the complaint filed against Keller Postman LLC on May 31, 2024, in the matter *Tubi, Inc. v. Keller Postman LLC*, No. 24-cv-01616 (D. D.C. 2024).

4. Attached as Exhibit 3 is a true and correct copy of Jonathan Lalewicz's pre-arbitration notice of dispute, dated January 5, 2023.

5. Attached as Exhibit 4 is a true and correct copy of the HBO Max Terms of Use dated November 1, 2022.

6. Attached as Exhibit 5 is a true and correct copy of the HBO Max Terms of Use dated December 20, 2022.

7. Attached as Exhibit 6 is a true and correct copy of the Max Terms of Use dated May 23, 2023.

8. Attached as Exhibit 7 is a true and correct copy of the December 23, 2022, letter sent from Keller Postman LLC on behalf of Plaintiff to Defendant, purporting to reject the changes to the HBO Terms of Use.

9. Attached as Exhibit 8 is a true and correct copy of an August 11, 2023, letter from the American Arbitration Association ("AAA") to Keller Postman LLC and Skadden, Arps, Slate, Meagher & Flom LLP.

10. Attached as Exhibit 9 is a true and correct copy of a July 31, 2023, letter from Skadden, Arps, Slate, Meagher & Flom LLP to the AAA and Keller Postman LLC.

11. Attached as Exhibit 10 is a true and correct copy of the petition to compel arbitration filed by Keller Postman LLC on September 12, 2023, in the matter *Brooks et al. v. WarnerMedia Direct LLC*, No. 1:23-cv-11030-KPF, ECF No. 1 (S.D.N.Y. 2023).

12. Attached as Exhibit 11 is a true and correct copy of a joint stipulation between the parties filed on December 3, 2023, in the matter *Brooks et al. v. WarnerMedia Direct LLC*, No. 1:23-cv-11030-KPF, ECF No. 56 (S.D.N.Y. 2023).

13. Attached as Exhibit 12 is a true and correct copy of the complaint filed by Karina Coleman on February 23, 2024, in the District Court of Colbert County, Alabama, Index No. 20-DV-2024-900085.00, under the caption *Coleman v. WarnerMedia Direct, LLC*.

14. Attached as Exhibit 13 is a true and correct copy of the complaint filed by Kristie Febles on February 23, 2024, in the District Court of Colbert County, Alabama, Index No. 20-DV-2024-900084.00, under the caption *Febles v. WarnerMedia Direct, LLC*.

15. Attached as Exhibit 14 is a true and correct copy of the complaint filed by Maritta Parker on February 23, 2024, in the District Court of Colbert County, Alabama, Index No. 20-DV-2024-900083.00, under the caption *Parker v. WarnerMedia Direct, LLC*.

16. Attached as Exhibit 15 is a true and correct copy of the amended complaint filed by Stephanie (Michele) West on February 23, 2024, in the District Court of Colbert County, Alabama, Index No. 20-DV-2024-900082.00, under the caption *West v. WarnerMedia Direct, LLC*.

17. Attached as Exhibit 16 is a true and correct copy of Maritta Parker's pre-arbitration notice of dispute, dated December 27, 2022.

18. Attached as Exhibit 17 is a true and correct copy of Stephanie West's pre-arbitration notice of dispute, dated December 26, 2022.

19. Attached as Exhibit 18 is a true and correct copy of the motion for discovery filed by Karina Coleman on February 23, 2024, in the District Court of Colbert County, Alabama, Index No. 20-DV-2024-900084.00, under the caption *Coleman v. WarnerMedia Direct, LLC*.

20. Attached as Exhibit 19 is a true and correct copy of the complaint filed by Plaintiff on April 5, 2024, in the General Sessions Court of Coffee County, Tennessee, No. 2024-CV-812, under the caption *Wendy Aston-Martin v. WarnerMedia, LLC*.

21. Attached as Exhibit 20 is a true and correct copy of the complaint filed by Jonathan Lalewicz on April 5, 2024, in the General Sessions Court of Coffee County, Tennessee, No. 2024-CV-813, under the caption *Jonathan Lalewicz v. WarnerMedia, LLC*.

22. Attached as Exhibit 21 is a true and correct copy of the complaint filed by Andrew McBride on April 5, 2024, in the General Sessions Court of Coffee County, Tennessee, No. 2024-CV-814, under the caption *Andrew McBride v. WarnerMedia, LLC*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2024, in New York, New York.

_/s/ *Michael W. McTigue Jr.*

Michael W. McTigue Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record.

*/s/ Britt K. Latham*
Britt K. Latham

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following counsel via the Court's CM/ECF notification system on this 18th day of June, 2024:

Garth R Seagroves
Ray Jackson & Lane
111 North Atlantic Street
P.O. Box 1027
Tullahoma, TN 37388

Garth R Segroves
Law Office of Garth Segroves
113 West Moore Street
Tullahoma, TN 37388

*/s/ Britt K. Latham*
Britt K. Latham